Decided April 8, 1996

## SANDRA KOEHLER *v.* UNITED TECHNOLOGIES CORPORATION/PRATT AND WHITNEY AIRCRAFT DIVISION

The petition by the Second Injury Fund for certification for appeal from the Appellate Court (AC 14067) is denied.

*Loida John-Nicholson*, assistant attorney general, in support of the petition.

Decided March 5, 1996